IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 14-cv-01177-RPM

CHARLES SHERRILL,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
d/b/a American Family Insurance Company, a foreign corporation,

    Defendant.
_____

ORDER VACATING SCHEDULING ORDER AND SETTING SCHEDULING CONFERENCE
_____

Pursuant to the reassignment and this Court's case management procedures, it is

ORDERED that the Scheduling Order entered July 17, 2014 [16] is vacated and a

scheduling conference will be held on **August 28, 2014, at 2:00 p.m.** in the Conference Room,

Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which

may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

 (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to

chambers by **4:00 p.m. on August 21, 2014.**  The conference is conducted with lead counsel

present in person.  No parties or representatives of parties will be permitted to attend.  Initial

disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.  It is

FURTHER ORDERED that defendant's counsel shall file its disclosure statements pursuant to  Fed.R.Civ.P. 7.1.

DATED:   July 18th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge