**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                September 30, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 14-cv-01177-RPM

CHARLES SHERRILL,                                              Michael P. Zimmerman

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,                      Katherine B. Johnson

     Defendant.

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**10:27 a.m.      Court in session.**

Discussion regarding case facts.
Ms. Johnson states liability of the driver that caused the accident is not disputed.

Discussion regarding damages and the law with respect to recovery/policy(s) limits.

Discussion and argument regarding pending motion [25].

**ORDERED:     Motion for Protective Order [25], is denied.**

Discussion regarding plaintiff's current employment (sheltered employment/benevolent employer) .

Discussion regarding claims process.
Ms. Johnson states an in-house adjuster and supervisor reviewed the records (no medical professional).
Counsel state they have the claims file.
Counsel identify a discovery dispute (request for form letter(s)).

Court states its views regarding experts and email communications between counsel (privileged/no file on PACER).

**Scheduling Order signed.**

**10:48 a.m.      Court in recess.**   Hearing concluded.  Total time: 21 min.