IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 14-cv-01177-RPM

CHARLES SHERRILL,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
d/b/a American Family Insurance Company, a foreign corporation,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [29], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs.

    DATED: November 7th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior Judge